IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF THE NATIONAL         :       CIVIL ACTION
ELEVATOR INDUSTRY PENSION,       :
HEALTH BENEFIT, EDUCATIONAL,     :
ELEVATOR INDUSTRY WORK           :
PRESERVATION FUNDS, et al.       :
                                 :
     v.                          :
                                 :
CENTURY ELEVATOR, INC.,          :
et al.                           :       NO. 11-3792

ORDER

AND NOW, this 11th day of October 2011, upon consideration of the plaintiffs' Motion for Default Judgment and Motion for Attorney's Fees and Costs (Docket No. 4) and Response to Court Request for Production of Documents (Docket No. 6), IT IS HEREBY ORDERED that:

1. The motions for default judgment and for attorney's fees and costs are GRANTED.

2. DEFAULT JUDGMENT is entered in favor of the plaintiffs and against the defendants, Century Elevator, Inc. and John M. Powers, jointly and severally, in the amount of $49,481.50, consisting of:

   a. $35,212.89 in contributions owed for September 2010 and February through May 2011;

   b. $4,112.57 in audit amounts due for January 1, 2007 to March 31, 2009;

   c. $784.17 in interest on the audit amount;

   d. $7,042.57 in liquidated damages;

    e. $499.30 in interest;

    f. $1,290.00 in attorney's fees;

    g. $540.00 in costs.

  3. The defendants are enjoined from violating the terms of the plan documents and are required to report and pay contributions as obligated in the collective bargaining agreement and the governing plan documents.

  4. The Clerk of Court is directed to mark this case as closed.

        BY THE COURT:


        <u>/s/ Mary A. McLaughlin</u>
        MARY A. McLAUGHLIN, J.